**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WAYNE A. BARRETT,

                Plaintiff,

-against-                                  25 **CIVIL** 665 (LLS)

                                                      **<u>JUDGMENT</u>**

M&T CORPORATION; ERIN DOERFLER; ERIC
MANSER; DARREN KING,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

      June 5, 2025

                                              **TAMMI M. HELLWIG**
                                              _____
                                                  **Clerk of Court**

               **BY:**            K. Mango

                                                  _____
                                                    **Deputy Clerk**